UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SHERYL J. THOMAS,
             Plaintiff,

v.

PAUL ARTETA and COUNTY OF ORANGE,
             Defendants.
--------------------------------------------------------------x

**ORDER**

23 CV 2981 (VB)

      The motion of defendants Paul Arteta and the County of Orange to dismiss the amended complaint pursuant to Rule 12(b)(6) (Doc. #20) is DENIED.

      A case management conference is scheduled for **March 19, 2024, at 10:00 a.m.**, at which time the Court will issue a bench ruling explaining the basis for its decision. This conference will also serve as an initial conference in this matter, for which the Court will separately issue a Notice of Initial Conference. The conference will take place in Courtroom 620 at the White Plains courthouse.

      Defendants shall file an answer by March 5, 2024.

      The Clerk is instructed to terminate the motion. (Doc. #20).

Dated: February 20, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge