USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

SHERYL J. THOMAS,

                Plaintiff,

v.

PAUL ARTETA and the COUNTY OF
ORANGE,

                Defendants.

-------------------------------------------------------------x

**ORDER OF DISMISSAL**

23 CV 2981 (VB)

The Court has been advised that the parties have reached a settlement in this case.

Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application is made by no later than **April 27, 2026**. To be clear, any application to restore the action must be filed by **April 27, 2026**, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

The case management conference currently scheduled for March 18, 2026, is cancelled. All other pending deadlines are cancelled.

The Clerk is instructed to close this case.

Dated: March 12, 2026
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge